UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Trithenia Carey, | : |
| | : |
| | : Civil Action No.:   8:10-cv-01437-DKC |
| Plaintiff, | : |
| v. | : |
| | : |
| Leading Edge Recovery Solutions; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Trithenia Carey ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 22, 2010

                                        Respectfully submitted,
                                        By<u> /s/ Forrest E. Mays</u>_____
                                        Forrest E. Mays (Bar No. 07510)
                                        1783 Forest Drive, Suite 109
                                        Annapolis, MD  21401
                                        Telephone: (410) 267-6297
                                        Facsimile: (410) 267-6234
                                        Email: mayslaw@mac.com

                                        <u>Of Counsel To</u>
                                        LEMBERG & ASSOCIATES L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 22, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Forrest E. Mays

             Forrest E. Mays